UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RICHARD CRUZ,

Defendant.

**INFORMATION**

24 Cr. 594

## COUNT ONE
### (Misconduct and Neglect of Ship Officer Resulting in Death)

The United States Attorney charges:

On or about July 12, 2022, on the Hudson River, a navigable water of the United States, within the Southern District of New York, and within the admiralty jurisdiction of the United States, RICHARD CRUZ, the defendant, being a captain, engineer, pilot, and person employed on a vessel, by misconduct, negligence, and inattention to his duties on such vessel, caused the life of a person to be destroyed, and being an owner, charterer, inspector, and other public officer of a vessel, through fraud, neglect, connivance, misconduct, and violation of law, caused the life of a person to be destroyed, to wit, CRUZ, the captain and owner of the vessel *Stimulus Money*, which CRUZ had not registered or obtained certification to operate on the Hudson River with paying customers, overloaded the vessel with paying customers on the Hudson River and caused the vessel to be operated in a dangerous manner, causing the deaths of two passengers.

(Title 18, United States Code, Sections 1115 and 2.)

DAMIAN WILLIAMS
United States Attorney